# U.S. Bankruptcy Court

## Eastern District of Wisconsin

### Docket Report 00−23172

- *Debtor:* Kenneth Delmoris Bell
- *Bankruptcy Petition #:* 00−23172
- *Date filed:* 04/12/00
- *Date terminated:* 07/19/00
- *Assigned to:* Judge James E. Shapiro
- Chapter 7, voluntary, individual, no−asset,

| * Parties * | * Attorneys * |
|---|---|
| **Kenneth Delmoris Bell**<br>SSN: ***−**−4301<br>2500 Jacato Drive<br>Apt. 20<br>Racine WI 53404<br>* Debtor * | **Robert Michelson**<br>P.O. Box 67<br>Racine WI 53401<br>262−638−8400 |
| **Michael F. Dubis**<br>208 E. Main Street<br>Waterford WI 53185<br>534−6950<br>* Trustee * | |

# Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 04/12/00 | 1 | Voluntary Petition missing documents: Due on 4/27/00 ( Filing Fee $ 200.00 Receipt # 00158999) (cah ) [EOD 04/13/00] |
| 04/13/00 | −− | 341 Meeting of Creditors Scheduled for 2:30 5/10/00 At Room 205, Racine Last Day To Oppose Discharge: 7/9/00 (cah ) [EOD 04/13/00] |
| 04/15/00 | 2 | Bankruptcy Noticing Center's Certificate of Service Re: [0−0] 341 Meeting . # of Notices: 28 . (adkt) [EOD 04/18/00] |
| 04/27/00 | 3 | Completed Schedules (shd ) [EOD 04/28/00] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 04/27/00 | 4 | Certificate Of Service By Robert Michelson for Debtor Kenneth Delmoris Bell Of Debtor's Statement of Intention. (shd ) [EOD 04/28/00] |
| 05/17/00 | 5 | Trustee's Report of No Assets. (cah ) [EOD 05/18/00] |
| 07/19/00 | –– | Discharge Of Debtor. (This Document Is Attached To The Bankruptcy Noticing Center's Certificate Of Service.) (cah ) [EOD 07/19/00] |
| 07/19/00 | –– | Case Closed. (cah ) [EOD 07/19/00] |
| 07/19/00 | 6 | Final Decree (cah ) [EOD 07/19/00] |
| 07/21/00 | 7 | Bankruptcy Noticing Center's Certificate of Service Re: [0–0] Discharge of Debtor . # of Notices: 28 . (adkt) [EOD 07/24/00] |